IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : CRIMINAL NO. JFM-10-0493 |
| JOY EDISON, | : |
| Defendant. | : |

## PRELIMINARY FORFEITURE ORDER

The defendant, Joy Edison, having entered a plea of guilty on May 26, 2011, to Conspiracy to Launder Money in violation of 18 U.S.C. section 1956(h); and the defendant also having agreed to forfeit all of her rights, title, and interest in the real property held in the name of JJM Realty Inc., J Edison Properties, Inc., and Joy Edison, including, but not limited to the following properties:

> 78 Winslow Drive, Elkton, Maryland;
> 2400 East Oliver Street, Baltimore, Maryland;
> 2629 East Oliver Street, Baltimore, Maryland;
> 2608 Llewellyn Street, Baltimore, Maryland;
> 1403 East Federal Street, Baltimore, Maryland;
> 1328 North Linwood Avenue, Baltimore, Maryland;
> 1017 North Monroe Street, Baltimore, Maryland;
> 936 East Biddle Street, Baltimore, Maryland;

and the charge to which the defendant pled guilty alleged that these items were proceeds of a specified unlawful activity; it is hereby **ORDERED, ADJUDGED, AND DECREED** as follows:

1. that the following properties are **FORFEITED** to the United States pursuant to 18 U.S.C. section 982:

> 78 Winslow Drive, Elkton, Maryland;
> 2400 East Oliver Street, Baltimore, Maryland;
> 2629 East Oliver Street, Baltimore, Maryland;
> 2608 Llewellyn Street, Baltimore, Maryland;
> 1403 East Federal Street, Baltimore, Maryland;

       1328 North Linwood Avenue, Baltimore, Maryland;
       1017 North Monroe Street, Baltimore, Maryland;
       936 East Biddle Street, Baltimore, Maryland;

    2. that the United States Attorney General or his authorized designee shall seize and dispose of the property specified in paragraph 1 in accordance with law, 21 U.S.C. section 853(g), and Fed.R.Crim.P. 32.2(b)(2);

    3. that the United States shall publish notice of this Order in accordance with 21 U.S.C. section 853(n)(1) and Fed.R.Crim.P. 32.2(b)(6); and

    4. that the Clerk of the Court shall provide copies of this Order to all parties of record.

8/26/11
Date

_____
J. Frederick Motz
United States District Judge

2