2-1-2012

District Court Clerk
101 Lombard Street
Baltimore, MD 21201
410-962-2600

FILED ___ ENTERED
FEB 06
CLERK, U.S DISTRICT COURT
DISTRICT OF MARYLAND

Dear Court Clerk,

My name is Gay Edison. I am currently incarcerated at Alderson Prison Camp. I will like to have a copy of my prove or disprove transcript. My Docket number is JFM-1-10-cr-00493-003. I was sentence on August 26, 2011. My full address is Gay Edison 52368-037 Federal Prison Camp Glen Ray Road Box A Alderson WV 24910.

Thank you
Gay Edison



Joey Eaves 52368-037
Federal Prison Camp A-4
Glen Ray Rd Box
Alderson, WV 24910

District Court Clerk Office
101 Lombard Street
Baltimore, Md 21201