IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | Criminal No. JFM-10-0493 |
| v. | * | Civil No. JFM-12-2503 |
| | * | |
| JOY EDISON | * | |

*****

MEMORANDUM

Joy Edison has filed a motion under 28 U.S.C. §2255.

The motion will be denied. Only a few salient points need to be stated because the motion is entirely without merit.

1. Edison ignores the fact that during the Rule 11 colloquy she admitted that she "agreed with Steven Blackwell and other to conduct transactions designed to launder proceeds from the sale of heroin in Baltimore City . . . and that monies in excess of $1,000,000 were generated by Steven Blackwell through the sale of heroin in Baltimore City."

2. Edison has utterly failed to prove any prejudice because she does not state in her motion or her reply memorandum that she would have gone to trial but for her lawyer's alleged incompetence.

3. Although Edison argues generally that her counsel did not properly review the discovery materials with her, she does not provide any specifics as to how any review of the evidence would have changed the outcome of the case.

4. Although Edison alleges that her counsel was incompetent in not filing a motion for severance, she acknowledges that such motions are rarely granted in conspiracy cases and that whether to grant or deny such a motion lies within the discretion of the court. Again, she has not alleged any facts that she was prejudiced by the failure of counsel to file such a motion and no

1

such prejudice exists in light of the fact that any such motion would have been denied by this court.

5. Edison complains that this court imposed a 70 month sentence upon her. The 70 month sentence was at the low end of the applicable Guideline range, and I am fully satisfied that the sentence was the appropriate one considering all of the factors set forth in 18 U.S.C. §3553 as well as in the Guidelines themselves.

A separate order denying Edison's motion is being entered herewith.


Date: November 8, 2012        /s/
                              J. Frederick Motz
                              United States District Judge